**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 18-1999**

---

STARSHA SEWELL,

       Plaintiff - Appellant,

    v.

JOHN HOWARD,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:18-cv-00095-GJH)

---

**No. 18-2223**

---

In re:  STARSHA SEWELL,

       Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:18-mc-00114)

---

Submitted:  December 15, 2018           Decided:  December 19, 2018

---

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

———————

Starsha M. Sewell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 18-1999, Starsha Sewell appeals the district court's orders dismissing her civil complaint and denying her motion for reconsideration. In No. 18-2223, Sewell appeals the district court's order modifying a prefiling injunction. We have reviewed the records and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Howard*, No. 8:18-cv-00095-GJH (D. Md. Feb. 7 & Aug. 15, 2018); *In re Sewell*, No. 1:18-mc-00114 (D. Md. Oct. 4, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*